1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4   150 Almaden Avenue, Suite 900
    San Jose, California 95113
5   Telephone: (408) 535-5035
    FAX: (408) 535-5081
6   E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff                              ***E-FILED 11/8/06***

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12

13  UNITED STATES OF AMERICA,        )      No. CR 05-00734-RMW
                                     )
14        Plaintiff,                 )
                                     )
15     v.                            )      STIPULATION TO CONTINUE
                                     )      SENTENCING HEARING
16  PAUL ALEMAN                      )
        aka panic,                   )
17      aka HEMi,                    )
        aka panic_1,                 )
                                     )
18                                   )
                                     )
19        Defendant.                 )
    _____)

20
        It is hereby stipulated and agreed between defendant Paul Aleman, by and through his
21
    counsel of record, Trent Copeland, Esq., and the United States, by and through Assistant United
22
    States Attorney Mark L. Krotoski, as follows:
23
        1.  This matter is presently set for a sentencing hearing on October 30, 2006 at 9:00 a.m.
24
        2.  The parties agree that further time is needed to address sentencing issues and that the
25
    terms of the plea agreement continue to apply.
26
        3.  For the foregoing reasons, and that the ends of justice are served by continuing this case,
27
    the parties stipulate and request to a continuance of the sentencing hearing from October 30,
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00445-RMW

1   2006 at 9:00 a.m. to December 11, 2006 at 9:00 a.m., or the next available date.

2       4.  The probation officer has been advised of the request and does not oppose the new date.

3       IT IS SO STIPULATED.

4   Dated: October 25, 2006                        KEVIN V. RYAN
                                                   United States Attorney

5

6                                                        /s/

7                                                  _____
                                                   MARK L. KROTOSKI
                                                   Assistant United States Attorney

8

    Dated:  October 25, 2006

9

10                                                       /s/

                                                   _____
11                                                 TRENT COPELAND
                                                   Attorney for Defendant

12

        IT IS SO ORDERED.
13

        Upon good cause shown, the sentencing hearing is continued from October 30, 2006 at 9:00
14

    a.m. to December 11, 2006 at 9:00 a.m.
15

    Dated: ~~XXXXXXXXXX~~ ~~October __, 2006~~      November 8, 2006
16
                                                     /s/ Ronald M. Whyte
17                                                 _____
                                                   RONALD M. WHYTE
                                                   United States District Judge
18

    Distribute To:
19

    Trent Copeland
20  1925 Century Pk E #500
    Los Angeles, CA 90067
21  FAX (310) 286-7285

22  Benjamin Flores
    U.S. Probation Officer
23  United States Probation Office
    Northern District of California
24  280 South First Street
    San Jose, CA 95113
25

    Mark L. Krotoski
26  AUSA
    150 Almaden Boulevard, Suite 900
27  San Jose, CA 95113

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00445-RMW                    Page 2 of  2