KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL ALEMAN ) <br> aka panic, ) <br> aka HEMi, ) <br> aka panic_1, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05-00734-RMW <br><br> STIPULATION TO CONTINUE <br> SENTENCING HEARING <br>  AND ORDER |

It is hereby stipulated and agreed between defendant Paul Aleman, by and through his counsel of record, Trent Copeland, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on December 14, 2006 at 2:00 p.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from December 14,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [ ORDER
CR 05-00445-RMW

1 | 2006 at 2:00 p.m. to February 5, 2007 at 9:00 a.m., or the next available date.

2 |    4. The probation officer has been advised of the request and does not oppose the new date.

3 |    IT IS SO STIPULATED.

4 | Dated: <u>December 1, 2006</u>            KEVIN V. RYAN
  |                                                                    United States Attorney

6 |                             /s/

7 |                             MARK L. KROTOSKI
  |                                                                    Assistant United States Attorney

8 | Dated: <u>December 1, 2006</u>

9 |                             /s/

10 |                             TRENT COPELAND
   |                                                                    Attorney for Defendant

13 |    IT IS SO ORDERED.

14 |    Upon good cause shown, the sentencing hearing is continued from December 14, 2006 at 2:00 p.m. to February 5, 2007 at 9:00 a.m.

15 | Dated: December <u>7</u>, 2006

16 |                             /S/ RONALD M. WHYTE

17 |                             RONALD M. WHYTE
   |                                                                    United States District Judge

18 | Distribute To:

20 | Trent Copeland
   | 1925 Century Pk E #500
   | Los Angeles, CA 90067
21 | FAX (310) 286-7285

22 | Benjamin Flores
   | U.S. Probation Officer
23 | United States Probation Office
   | Northern District of California
24 | 280 South First Street
   | San Jose, CA 95113

25 |

26 | Mark L. Krotoski
   | AUSA
   | 150 Almaden Boulevard, Suite 900
27 | San Jose, CA 95113